IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TINA MICHELLE BRAATEN and the ESTATE OF TIMOTHY ALLEN BRAATEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GREAT FALLS, JOSEPH DUSATKO, DEREK MAHLUM, KATIE CUNNINGHAM AND A.L.,<br><br>Defendants. | Case No.  CV-22-61-GF-BMM<br>CV-22-71-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to written Stipulation by and between the parties hereto, through their respective counsel, that the above-entitled actions have been fully and finally compromised and settled upon the merits,

IT IS HEREBY ORDERED, that the above-entitled causes be, and the same are hereby dismissed, with prejudice, each party to bear its own costs and attorney fees.

DATED this 29th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court